CITY OF NEWARK, A MUNICIPAL CORPORATION, PROSE-CUTOR-RESPONDENT, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, DEFENDANT-APPELLANT.

Argued October 17, 1940—Decided June 26, 1941.

For the appellant Town of Westfield, cities of Elizabeth, Burlington, New Brunswick, Hackensack, towns of Kearny, Montclair, Township of Millburn in the County of Essex and Borough of Somerville, *Herbert J. Hannoch.* .

For the appellant City of Paterson, *John F. Evans.*

For the appellant City of Plainfield, *William Newcorn.*

For the appellant Town of Nutley, *William F. Gorman.*

For the appellant City of Summit, *Frederick C. Kentz.*

For the appellant City of Trenton, *Louis Josephson.*

Of counsel for the foregoing appellants, *Herbert J. Hannoch* and *Morris Weinstein.*

For the respondent, *James F. X. O'Brien (Joseph A. Ward,* of counsel).

PER CURIAM.

These cases are ruled by the determination reached by this court in the case of *Jersey City et al.* v. *Martin,* expressed in an opinion filed this day, 127 *N. J. L.* 18; and the judgments are accordingly reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 11.